ACCEPTED
01-15-00126-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/6/2015 11:35:52 AM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00126-CV

## IN THE FIRST COURT OF APPEALS
## FOR THE STATE OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/6/2015 11:35:52 AM
CHRISTOPHER A. PRINE
Clerk

In re TMX Finance of Texas, Inc.; TitleMax of Texas, Inc.; and TMX Finance LLC

Original Proceeding from the 152nd Judicial District Court,
Harris County, Texas, Trial Court Cause No. 2013-33584,
the Honorable Robert Schaffer, Presiding Judge

## UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION OF SARAH POWERS

I, Sarah Powers, under the authority of the Rules Governing Admission to the Bar of Texas, Rule XIX, and of the Texas Rules of Appellate Procedure, Rule 10, file this Unopposed Motion for *Pro Hac Vice* Admission to appear before the Court.

### I. FACTS

1.     I am associated with Daniel Johnson, who will personally participate in the trial of this case. Daniel Johnson is a practicing attorney and a member of the State Bar of Texas. His State Bar card number is 24046165; his office address, telephone number, and facsimile number are: Sutherland Asbill & Brennan LLP, 1001 Fannin Street, Suite 3700, Houston, Texas 77002-6760, Telephone (713) 470-6100, Facsimile: (713) 654-1301.

2.     I am a member in good standing of the State Bar of California.

3.      I have not been the subject of disciplinary action in the last five years by the bar or courts of any jurisdiction in which I am licensed.

4.      I have not been denied admission to the courts of any state or to any federal court during the last five years.

5.      I am familiar with the State Bar Act, the State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing conduct of members of the State Bar of Texas, and I will abide by and comply with those rules as long as this cause of action is pending.

6.      I have appeared or sought leave to appear in any Texas court in the last two years, specifically:   1) Cause No. 2013-33584; *Wellshire Financial Services, LLC d/b/a LoanStar Title Loans d/b/a MoneyMax Title Loans, and d/b/a LoanMax; Meadowwood Financial Services, LLC d/b/a LoanStar Title Loans, and d/b/a MoneyMax Title Loans; and Integrity Texas Funding, LP, Plaintiffs, vs. TMX Finance Holdings, Inc.; TMX Finance, LLC; TMX Finance of Texas, Inc.; and TitleMax of Texas, Inc.*; in the 152nd Judicial District Court of Harris County, Texas.  My *pro hac vice* application to appear in that case was approved by the 152nd Judicial District Court of Harris County, Texas, on March 26, 2014; and 2) Cause No. 01-14-00964; *In re TMX Finance of Texas, Inc.; TitleMax of Texas, Inc.; and TMX Finance LLC* – In the Court of Appeals for the First District of

Texas.  My *pro hac vice* application to appear in that case was granted by the First Court of Appeals on December 23, 2014.

7.      My office address, telephone number, and facsimile number are Wargo French, LLP, 1888 Century Park East, Suite 1520, Los Angeles, California; Telephone:  (310) 853-6300, and Facsimile:  (310) 853-6333.

8.      Attached hereto is my Proof of Payment of Fee from the Texas Board of Law Examiners.

## II. PRAYER

For these reasons, Sarah Powers ask this Court to grant her Unopposed Motion for *Pro Hac Vice* Admission and to allow her to appear before this Court until the conclusion of this cause of action.

Respectfully submitted,

SUTHERLAND ASBILL & BRENNAN LLP

By:_____*/s/ Daniel Johnson*_____
        Daniel Johnson (SBN 24046165)
        Robert A. Lemus (SBN 24052225)
        1001 Fannin Street, Suite 3700
        Houston, Texas 77002
        Telephone:  (713) 470-6100
        Facsimile:  (713) 654-1301
        E-mail:  daniel.johnson@sutherland.com
        E-mail:  robert.lemus@sutherland.com

        And

WARGO & FRENCH LLP
 Joseph D. Wargo (GA No. 738764)
 Abigail Stecker Romero (CA No. 284534)
 999 Peachtree Street, N. E., 26th Floor
 Atlanta, Georgia 30309
 Telephone:  (404) 853-1500
 Facsimile:  (404) 853-1501
 E-mail:  jwargo@wargofrench.com
 E-mail: aromero@wargofrench.com

WARGO & FRENCH LLP
 Sarah F. Powers (CA No. 238184)
 (*Pro Hac Vice* Admission Pending)
 Christina L. Goebelsmann (CA No. 273379)
 1888 Century Park E, Suite 1520
 Los Angeles, California 90067
 Telephone:  (310) 853-6300
 Facsimile:  (310) 853-6333
 E-mail:  spowers@wargofrench.com
 E-mail:  cgoebelsmann@wargofrench.com

*Attorneys for Real Parties In Interest*
*Wellshire Financial Services, LLC, d/b/a*
*LoanStar Title Loans, d/b/a MoneyMax Title*
*Loans, and d/b/a LoanMax; Meadowwood*
*Financial Services, LLC, d/b/a LoanStar*
*Title Loans, and d/b/a MoneyMax Title*
*Loans; and Integrity Texas Funding, LP*

4

## CERTIFICATE OF CONFERENCE

I, Daniel Johnson, hereby certify that we conferred with counsel for Defendants on March 5, 2015, concerning the Unopposed Motion for *Pro Hac Vice* Admission of Sarah Powers. Counsel for Defendants confirmed that they are unopposed to the Motion.

*/s/ Daniel Johnson*
Daniel Johnson

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties with a copy of the within and foregoing instrument in accordance with the Texas Rules of Appellate Procedure 6.3 and 9.5(b), (d), (e), to all counsel of record on this 6th day of March 2015.

*Via e-filing*
Roland Garcia, Jr.
L. Bradley Hancock
Mary Olga Lovett
Christopher David Johnsen
GREENBURG TRAURIG, LLP
1000 Louisiana, Suite 1700
Houston, Texas 77002
*(Attorneys for Relators TMX Finance of Texas, Inc.;
TitleMax of Texas, Inc.)*

*Via e-filing*
David Beck
Geoffrey A. Gannaway
Bryon Rice
BECK REDDEN LLP
1221 McKinney St., Suite 4500
Houston, Texas 77010
*(Attorneys for Relator TMX Finance, LLC)*

/s/ Daniel Johnson
Daniel Johnson

# VERIFICATION

STATE OF CALIFORNIA     §

                                      §

COUNTY OF LOS ANGELES §

On this day, Sarah Powers, before me the undersigned Notary, after having been duly sworn upon her oath, deposed and stated that she has read the within Unopposed Motion for Pro Hac Vice Admission, and that the above-mentioned facts are true based upon her knowledge, information, and belief.

Dated: March 2 , 2015

_____
Sarah Powers

SWORN TO AND SUBSCRIBED before me by Sarah Powers on this _____ day of March 2015.

_____
Notary Public in and for the State of California

7

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Los Angeles_____

Subscribed and sworn to (or affirmed) before me on this _2nd_ day of _March_____,

20_15___ by _Sarah Fleisig Powers_____,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Signature                          (Seal)

SHEILA M. HAZARD
COMM. #1933751
Notary Public-California
LOS ANGELES COUNTY
My Comm. Exp. APRIL 24, 2015

---

## OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

_Application for Pro Hav Vice Admission_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

_____
Additional information

2015 Version www.NotaryClasses.com 800-873-9865

## INSTRUCTIONS

*The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.*

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information Is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.

# Board of Law Examiners
Appointed by the Supreme Court of Texas

## Non-Resident Acknowledgment Letter
March 05, 2015

SARAH FLEISIG POWERS

WARGO FRENCH LLP

1888 CENTURY PARK EAST SUITE 1520

LOS ANGELES CA 90067-

Application Received:  03/05/15

Cause/Texas Court of Record:   CAUSE NO: 01-15-00126-CV  COURT OF APPEALS FOR FIRST DISTRICT, HOU

FROM:   Julie Lukenbill, Licensure Analyst, 512-463-2684

This letter acknowledges receipt of your Application for Pro Hac Vice admission and serves as your Proof of Payment of Fee.

Filing the Application for Pro Hac Vice Admission and fee is the mandatory first step in your request for permission to participate in proceedings in a Texas Court. The next step is to file a sworn motion, in compliance with Rule XIX of the current *Rules Governing Admission to the Bar of Texas*, in the Texas Court in which you request to participate, which must be accompanied by this acknowledgment letter. The decision to grant or deny your application is ultimately made by the Texas Court in which you request to participate.

Mailing Address                                                                                                    Street Address

Post Office Box 13486     Telephone: 512-463-1621   Facsimile: 512-463-5300   WebSite: www.ble.state.tx.us     205 West 14th Street, 5th Floor
Austin, Texas 78711-3486                                                                                           Austin, Texas 78701